245 So.2d 409

STATE of Louisiana ex rel.
Bobby L. BRITTON

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al,

No. 51237.

March 18, 1971.

In re: Bobby L. Britton applying for writs of mandamus and habeas corpus.

The application is denied. The trial judge has filed an answer, informing this court that applicant's petition for a writ of habeas corpus will be heard on April 15, 1971. The present application is now moot.